# LEBOWITZ LAW OFFICE, LLC

### 103 Banks Lane
### Clermont, New York 12526

MARC A. LEBOWITZ | marc@lebolaw.com | (518) 537-3399

May 21, 2025

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Re: Lynk Media LLC v. Heavy, Inc., 25-cv-03050

Dear Judge Hellerstein:

This office represents defendant Heavy, Inc. in the above referenced matter. I write pursuant to Chambers Rule 1(D), on behalf of both parties, to request an extension of defendant's time to answer or otherwise respond to the complaint to July 21, 2025. The original date to respond was May 19, 2025. The parties had agreed among counsel to request the extension prior to that date, and I had miscalculated the original date and had not made the letter motion earlier. This is the first request for an extension of time. The parties make this request jointly as they intend to engage in settlement negotiations during the extension period.

Thank you for your attention to this matter.

Respectfully submitted,

Marc A. Lebowitz

cc: All counsel via ECF