UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
: 
LYNK MEDIA, LLC :     **ORDER REGULATING**
:     **PROCEEDINGS**
                    Plaintiff, :
:
    -against- :     25 Civ. 3050 (AKH)
:
:
HEAVY, INC., :
:
                    Defendant. :
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The Court held an initial pre-trial conference in this case on October 3, 2025. Defendant is granted leave to amend its answer by October 10, 2025. The parties shall move for judgment on the pleadings, pursuant to Fed. R. Civ. P. 12(c), with the opening brief due October 24, 2025; opposition due November 7, 2025; and reply due November 14, 2025.

       SO ORDERED.

Dated:    October 3, 2025
            New York, New York

                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge