UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNK MEDIA LLC,

              Plaintiff,

           v.

HEAVY, INC.,

              Defendant.

Case No: 1:25-cv-03050-AKH

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff LYNK MEDIA LLC by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1.  A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2.  The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

3.  We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. 45

_____
Alvin K. Hellerstein, U.S.D.J.
Date: 2-5-26

SANDERS LAW GROUP

By: ___/s/ Craig Sanders_____
Craig Sanders, Esq.

1

333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
*Attorneys for Plaintiff*

2